# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Taimur Alamgir
talamgir@kaufmandolowich.com

February 16, 2024

**Via ECF**
Hon. Anne Y. Shields, U.S.M.J.
United States District Court
100 Federal Plaza
Central Islip, NY 11722

> **Re:**   ***Ghelichkhani v. New York College of Traditional Chinese Medicine, et al.***
> ***E.D.N.Y. Case No. 23-CV-08629 (AYS)***

Your Honor:

Our firm represents Defendants in the above-captioned matter.

Pursuant to Administrative Order No. 2023-23 (*In re Direct Assignment of Civil Cases to Magistrate Judges)*, § 4, we write to inform the Court of Defendants' intent to file a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12 (b)(6), and respectfully request a referral to the Clerk of the Court for assignment of a U.S. District Judge to this case in view of Defendants' contemplated motion.

We thank Your Honor for considering this submission.

Respectfully Submitted,
KAUFMAN DOLOWICH LLP

Taimur Alamgir