

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Keith Gutstein, Esq.
kgutstein@kaufmandolowich.com

Amanda Varrone, Esq.
Amanda.varrone@kaufmandolowich.com

January 8, 2025

**VIA ELECTRONIC MAIL**
Hon. Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Ghelichkhani v. N.Y. College of Traditional Chinese Medicine, et. al.**
    **Docket No.: 23-CV-8629 (RER)(AYS)**

Dear Judge Reyes:

  As the Court is aware, this office represents Defendants New York College of Traditional Chinese Medicine, Yemeng Chen, Sunny Shen, Susan Su, Megan Haungs, Mona Lee-Yuan, and Kat Zhao (collectively, "Defendants") in the above matter. Per the Court's order issued on December 10, 2024, the deadline for Plaintiff to serve her Opposition to our Motion to Dismiss was extended from November 19, 2024 to December 23, 2024. As Plaintiff has apparently still failed to file and serve any opposition papers despite the extended deadline, we respectfully request that the Court deem the motion unopposed and render its decision based on the papers before Your Honor.

  We thank the Court for its continued courtesies.

                Respectfully yours,
                Kaufman Dolowich LLP

                Keith Gutstein
                Amanda Varrone

All Parties, by ECF